**ORIGINAL**

**DONNELLY, J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

**BLOOM, M.J.**

LaQuan DeVota Harris

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against- Gilford Gittens, James Sowell, Cyrus Robert Vance, J.R., Nitin Savur, Chauncey Parker, Michael Sachs, John Irwin, Carey Dunne

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. **CV 20 - 522**
*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☑ No
*(check one)*



RECEIVED JAN 28 2020 PRO SE OFFICE

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: LaQuan DeVota Harris
Street Address: 91-93 East 46 Street
City and County: Brooklyn Kings
State and Zip Code: New York 11203
Telephone Number: 914 888 7283
E-mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: James Sowell
Job or Title (if known): DA offices
Street Address: One Hogan place
City and County: one Hogan place Man
State and Zip Code: Manhattan New york 10013
Telephone Number: 212 335 9000
E-mail Address (if known):

2

Defendant No. 2

- Name: Nitin Savur
- Job or Title (if known): DA office
- Street Address: one Hogan place
- City and County: Manhattan
- State and Zip Code: NY 10013
- Telephone Number: 212 335 9000
- E-mail Address (if known):

Defendant No. 3

- Name: Michael Sachs
- Job or Title (if known): DA office
- Street Address: 163 west 125 st
- City and County: Manhattan
- State and Zip Code: NY 10027
- Telephone Number: 212 864-1884
- E-mail Address (if known):

Defendant No. 4

- Name: John Irwin
- Job or Title (if known): DA office
- Street Address: 530 west 166 st suite 600A
- City and County: Manhattan
- State and Zip Code: New York 10032
- Telephone Number: 212 335 3520
- E-mail Address (if known):

3

Defendant No. 5

- Name: Gilford Gittens
- Job or Title (if known): DA office
- Street Address: one Hogan place
- City and County: Manhattan
- State and Zip Code: NY 10013
- Telephone Number: 212 335 9000
- E-mail Address (if known):

Defendant No. 6

- Name: Corey Dunne
- Job or Title (if known): DA office
- Street Address: one Hogan place
- City and County: Manhattan
- State and Zip Code: NY 10013
- Telephone Number: 212 335 9000
- E-mail Address (if known):

Defendant No. 4

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. #7
Name Cyrus Robert Vance JR.
Job or Title DA Office
(if known)
Street Address One Hogan Place
City and County Manhattan
State and Zip Code New York 10013
Telephone Number 212 335 9000
E-mail Address
(if known)

Defendant No. #5
Name Gilford Gittens
Job or Title DA Office
(if known)
Street Address 163 west 125 st
City and County Manhattan
State and Zip Code NY 10027
Telephone Number 212 864 7884
E-mail Address
(if known)

Defendant No. #8
Name Chauncey Parker
Job or Title DA Office
(if known)
Street Address 530 west 166 st suite 600 A
City and County Manhattan
State and Zip Code NY 10032
Telephone Number 212 335 3320
E-mail Address
(if known)

- ₽ - 3

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

- [x] State or local officials (a § 1983 claim)
- [ ] Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Amendment-5- Right of person violation
Amendment-6- Rights of Accused in criminal prosecutions Amendment-8-Further Guarantee in criminal cases.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Mr Harris was falsely arrested, perjury proclaimed theft of NYstate Legal Documentation ID theft Money Laundering. Excessive bail cruel and unusual punishment were inflicted all in all false testimony

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Excessive bail was required Crul and unusual punishments were inflicted. False testomoney on DAs behalf & Arresting officers purgery & framing Mr Harris

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

west 28th st & west 34st Man, ny Nov 7.18. New york city transit train, platform 34th st. theft Bank card, ID card cell phone Keys to apartment mail box Key money stolling

B. What date and approximate time did the events giving rise to your claim(s) occur?

At 3:15 pm on Nov 7, 2018 Gilford Gittens of Address know to the district Attorneys office followed mr Harris from the CCRB office on church st. Plot

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

all the DA offices are involved with the Plot & crimes at large. MR Harris was accused of carring fire arms and hand guns. the Plot faulse accusations to that her) MR Gittens and the DA office could have the Documents MR Harris was carring classified state legal Doc's on Nov 7 2018 at 3:15 pm. MR Harris was victumize at a Red collor crime cumming from the CCRB Building in Man, NY. all 8 Defendants have been ploting and targeting MR Harris stulling legal doc's since 2016

5

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

MR Harris Did not get injured.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Favor to Plaintiff 6.93 million Dollars. I want the court to retrive my legal documentations. MR Harris is requesting Money damages for theft seventeen thousand Dollars x '99 The plot the consperiecy occurd Nov 7 2018 at 3:15pm Gilford Gibbens followed MR Harris From the CCRB Building Framing MR Harris Tipical consepiercy teaming up with Trainsit cops for Fraudulent & criminal aspects with the plot Framing MR Harris cycle 2 if perjury occurs Mr Harris is granted 1683000 if false testimony occurs cycle 3 Favor to 6.93 mill

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1 / 28, 20 20

Signature of Plaintiff _LaQuan DelVokea Harris_

Printed Name of Plaintiff _LaQuan DelVokea Harris_